```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                    Case No. 12-cr-89-PB

<u>Jody Albert</u>

## **O R D E R**

The defendant has moved to continue the September 5, 2012 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations or prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2012 to October 2, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 24, 2012 final pretrial conference is continued to September 17, 2012 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 20, 2012

cc: Behzad Mirhashem, Esq.
Mark Zuckerman, AUSA
United States Marshal
United States Probation